IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREDERICK BOUNASISSI and STACEY BOUNASISSI, <br><br> Plaintiffs, <br><br> v. <br><br> PHH MORTGAGE SERVICES INC., <br><br> Defendant. | HONORABLE JEROME B. SIMANDLE <br><br> Civil Action <br> No. 17-1028 (JBS/KMW) <br><br> **ORDER** |

This matter having come before the Court by way of Plaintiffs' motion for default judgment [Docket Item 11]; the Court having considered Plaintiffs' submissions; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this **21st** day of **June**, **2019,**

**ORDERED** that Plaintiffs' motion for default judgment [Docket Item 11] shall be, and hereby is, **DENIED**; and it is further

**ORDERED** that counsel for Plaintiffs shall **SHOW CAUSE** in writing within **fourteen (14) days** from entry of this Order why the Complaint should not be dismissed with prejudice for lack of jurisdiction under the Rooker-Feldman doctrine and/or because Plaintiffs' claims are barred by New Jersey's entire controversy doctrine; counsel for Plaintiffs shall also show cause within **fourteen (14) days** from entry of this Order why the Complaint should not be dismissed without prejudice for lack of timely

service pursuant to Federal Rule of Civil Procedure 4(m); and it is further

**ORDERED** that counsel for Plaintiffs' failure to respond to this Order to Show Cause will likely result in the dismissal of Plaintiffs' Complaint with prejudice, and without any additional notice; and it is further

**ORDERED** that Defendant shall have **fourteen (14) days** after Plaintiffs' counsel's submission to file its response, if any; and it is further

**ORDERED** that the Clerk of Court shall mail a copy of this Memorandum and Order to Defendant at its last known address.

                                        **s/ Jerome B. Simandle**
                                        JEROME B. SIMANDLE
                                        U.S. District Judge